**No. 42451.**—Protests 139408–G, etc., of Hess Brothers et al. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Normandy laces similar to those passed upon in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42452.**—Protest 367021–G of Variety Art Shop (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of filet laces similar to those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42453.**—Protest 972346–G of Bailey Walker China Co. (Cleveland).

Opinion by KINCHELOE, J. On the record presented the protest was sustained.

**No. 42454.**—Protest 991158–G of Gimbel Bros., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of floor coverings similar to those held dutiable as carpeting in chief value of cotton at 35 percent under paragraph 921 in Abstract 39513. The protest was therefore sustained.

**No. 42455.**—Protest 847678–G of E. H. Silberman Paper Co. (New York).

Opinion by KINCHELOE, J. There was testimony that the merchandise in question was chiefly used for paper making. It was therefore held free of duty as paper stock under paragraph 1750 as claimed. *United States* v. *Herrmann* (154 Fed. 196, T. D. 27981) and *Stern* v. *United States* (2 Ct. Cust. Appls. 405, T. D. 32167) cited relative to the production of samples.

**No. 42456.**—Protests 550854–G, etc., of Joshua Hoyle & Sons, Ltd., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Co.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 42457.**—Protests 707352–G, etc., of Joshua Hoyle & Sons, Ltd., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.